```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MICHAEL SASSO                                              :
On behalf of himself and all others similarly              :
situated,                                                  :
                                                           :
                                        Plaintiff,         :        17-CV-7722 (VSB)
                                                           :
                -against-                                  :        **ORDER OF REFERENCE**
                                                           :
                                                           :
JP MORGAN CHASE BANK,                                      :
                                                           :
                                        Defendant.         :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2018

**VERNON S. BRODERICK, United States District Judge:**

   The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:   February 16, 2018
         New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge