**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL SASSO, Individually and On Behalf of All Others Similarly Situated<br><br>                             Plaintiff,<br><br>   -against-<br><br>JP MORGAN CHASE BANK,<br><br>                        Defendant. | Case No.: 1:17-cv-07722-VSB<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Abbas Kazerounian of Kazerouni Law Group, APC with offices located at 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626, hereby appears on behalf of Plaintiff Michael Sasso in the above-captioned action. I certify that I am admitted to practice *pro hac vice* in this case.

Dated: February 20, 2018

Respectfully Submitted,

  /s/ Abbas Kazerounian
Abbas Kazerounian
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: 800-400-6808 Ext. 2
Facsimile: 800-520-5523
ak@kazlg.com
*Counsel for Plaintiff*