UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| MICHAEL SASSO, Individually and On Behalf of All Others Similarly Situated<br><br>                             Plaintiff,<br><br>  -against-<br><br>JP MORGAN CHASE BANK,<br><br>                             Defendant. | Case No.: 1:17-cv-07722-VSB<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Michael Kind of Kazerouni Law Group, APC with offices located at 6069 S. Fort Apache Rd., Ste. 100, Las Vegas, NV 89148, hereby appears on behalf of Plaintiff Michael Sasso in the above-captioned action. I certify that I am admitted to practice *pro hac vice* in this case.

Dated: February 21, 2018           Respectfully Submitted,

                                                      /s/ Michael Kind
                                                Michael Kind
                                                Kazerouni Law Group, APC
                                                6069 S. Fort Apache Rd., Ste. 100
                                                Las Vegas, NV 89148
                                                Telephone: 800-400-6808 Ext. 7
                                                Facsimile: 800-520-5523
                                                mkind@kazlg.com
                                                *Counsel for Plaintiff*